UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN NORDGREEN,

          Plaintiff,

     v.

SCOTTS VALLEY POLICE
DEPARTMENT, et al.,

          Defendants.

Case No. 25-cv-02574-NW

**JUDGMENT**

On June 17, 2026, the Court dismissed this action with prejudice. ECF No. 60. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 17, 2026

Noël Wise
United States District Judge